# REID & ASSOCIATES

AMY C. GROSS, ESQ
Admitted in NJ and NY

**MAILING ADDRESS:**
P.O. BOX 2996
HARTFORD, CT 06104-2996

Direct Dial: 917-778-6462
Email: ACGROSS@TRAVELERS.COM

TELEPHONE: 917-778-6680
FACSIMILE: 844-571-3789

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/12/2022

January 11, 2022

BY ECF:

Hon. Alison J. Nathan
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

**Re:** **The Charter Oak Fire Insurance Company v. Commerce and Industry Insurance Company,**
Case Number: 1:21-cv-03728-AJN

Dear Judge Nathan:

I represent Plaintiff, The Charter Oak Fire Insurance Company ("Charter Oak"), in this action. I write pursuant to Rule 1.E of Your Honor's Individual Practices in Civil Cases to request an adjournment of the Initial Pretrial Conference in this matter, currently scheduled for Friday, January 14, 2022, at 10:30 am, to the next available date and time practicable for the Court and the parties. This is the first request for an adjournment. The reason for the requested adjournment is that I am scheduled to participate in a court-ordered deposition in another matter on the morning of January 14, 2022. Counsel for Defendant, Commerce and Industry Insurance Company, consents to my request. Counsel are available for a rescheduled conference on the afternoons of February 4, February 18, and February 25, 2022.

Respectfully,

/s/ Amy C. Gross

Amy C. Gross

/s/ Alison J. Nathan
1/12/2022

---

*Not a Partnership or Professional Corporation All attorneys are Employees of The Travelers Indemnity Company* And its Property Casualty Affiliates

| CONNECTICUT OFFICE:<br>ONE TOWER SQUARE<br>MS04A-0000<br>HARTFORD, CT 06183 | NEW YORK OFFICE:<br>485 LEXINGTON AVENUE<br>6TH FLOOR<br>NEW YORK, NY 10017 | PENNSYLVANIA OFFICE:<br>10 SENTRY PARKWAY<br>SUITE 300<br>BLUE BELL, PA 19422 |
|---|---|---|

cc: Mara Hsiung, Counsel for Defendant (by ECF)

*Not a Partnership or Professional Corporation All attorneys are Employees of The Travelers Indemnity Company* And its Property Casualty Affiliates

| **CONNECTICUT OFFICE:** **ONE TOWER SQUARE** **MS04A-0000** **HARTFORD, CT 06183** | **NEW YORK OFFICE:** **485 LEXINGTON AVENUE** **6TH FLOOR** **NEW YORK, NY 10017** | **PENNSYLVANIA OFFICE:** **10 SENTRY PARKWAY** **SUITE 300** **BLUE BELL, PA 19422** |
|---|---|---|